IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-01952-PAB-CBS

SONEE ADDY,

    Plaintiff,

v.

PEORIA/TIMBERS JOINT VENTURE, and
SHERRON ASSOCIATES, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Defendant's unopposed Motion for Protective Order (*doc # 23*) is GRANTED.  The proposed protective order (*doc # 23-1*) is accepted by the Court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    February 22, 2011