IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01952-PAB-CBS

SONEE ADDY,

      Plaintiff,

v.

PEORIA/TIMBERS JOINT VENTURE and
SHERRON ASSOCIATES, INC.,

      Defendants.

---

**ORDER**

---

      This matter is before the Court on a review of the docket. The Court has identified a filing that violates Federal Rule of Civil Procedure 5.2(a). *See* Docket No. 40-1. Therefore, it is

      **ORDERED** that Docket No. 40 shall be sealed. It is further

      **ORDERED** that, on or before **5:00 p.m.** on **Friday, September 30, 2011**, plaintiff shall re-file Docket No. 40, along with all of its attachments, in compliance with Federal Rule of Civil Procedure 5.2(a).


      DATED September 26, 2011.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge